**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 358
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Omar Sandoval

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> OMAR SANDOVAL ) <br> ) <br> Defendant ) <br> _____ ) | No. Cr.S-08-93 FCD <br><br> APPLICATION FOR TRANSPORTATION ORDER; AND ORDER FOR TRANSPORTATION <br><br> 18 U.S.C. § 4285. |

**Procedural History**

In this matter, Omar Sandoval is scheduled for arraignment in Magistrate's Court on April 22, 2008. Mr. Sandoval is indigent and has completed and signed a Financial Affidavit (CJA 29). It is appropriate that counsel be appointed. Undersigned counsel has been requested to represent Mr. Sandoval both pre-arraignment and thereafter.  Undersigned counsel has agreed to do so.

**Application**

Application is hereby made for an Order for Transportation and subsistence allowance for defendant Omar Sandoval to enable

him to attend arraignment in the above referenced matter scheduled for April 22, 2008 at 2:00 AM before the Hon. Dale A. Drozd, Magistrate Judge

   Mr. Sandoval has advised counsel that he is unable to afford to travel from Rancho Cucamonga (Ontario airport) to Sacramento in addition to paying motel expenses while in Sacramento.  He has requested that transportation be arranged for Wednesday, April 21, 2008 so that he may confer with counsel after his arrival and before the date for arraignment. He will then return to Rancho Cucamonga on April 22, 2008 following his arraignment.

   The court is advised that on this date, April 13, 2008, counsel has e-mailed AUSA Ellen Endrizzi to advise her of this request.

   WHEREFORE, in the interests of justice the court is requested to "...direct the United States Marshal to arrange for Omar Sandoval's non-custodial transportation or furnish the fare for such transportation...and an amount of money for subsistence expenses..." pursuant to the provision of 18 U.S.C. § 4285.

Dated: April 13, 2008                    Respectfully submitted,


                                         /S/MICHAEL B. BIGELOW
                                         Michael B. Bigelow
                                         Attorney for Defendant

**ORDER**

**TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named defendant, Omar Sandoval, with transportation and authorized subsistence from Rancho Cucamonga, (Ontario airport) to Sacramento, California, on **Monday April 21, 2008,** for arraignment in the United States Magistrate's Court for the Eastern District of California which is set for **Tuesday, April 22, 2008 at 2:00 PM**, and for his return to Rancho Cucamonga (Ontario airport on **Tuesday, April 22, 2008.**

Mr. Sandoval is indigent and financially unable to travel to Sacramento, California and return to Rancho Cucamonga without transportation expenses.  This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

DATED:  April 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sandoval0093.ord

-3-