**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Omar Sandoval

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                            )<br>            Plaintiff    )<br>                            )<br>        vs.                 )<br>                            )<br>                            )<br>OMAR SANDOVAL               )<br>                            )<br>                            )<br>                            )<br>            Defendant       )<br>_____) | No. Cr.S-08-93 FCD<br><br>WAIVER OF PERSONAL APPEARANCE<br><br>ORDER |

    Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), defendant, Omar Sandoval hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial confirmation, trial, impanelment of jury and imposition of sentence.

    Defendant Omar Sandoval, hereby requests the court to proceed during every absence of him which the court may permit pursuant to this waiver; agrees that his interests will be

-1-

deemed represented at all times by the presence of his attorney, the same as if defendant Omar Sandoval were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant Omar Sandoval further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 of the Speedy Trial Act, and authorized his attorney to set times and delays und the Act without defendant Omar Sandoval being present and agrees to waive any and all time under both the Sixth Amendment to the Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

DATED April 22, 2008          /S/ OMAR SANDOVAL
                              Original on file with attorney
                              Omar Sandoval
                              7000 Sabriano
                              Alta Loma CA, 91701

**IT IS SO ORDERED.**

DATED: April 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE