**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Omar Sandoval

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-08-93 FCD |
| | ) | |
| Plaintiff | ) | WAIVER OF PERSONAL APPEARANCE |
| | ) | AT ARRAIGNMENT ON SUPERSEDING |
| vs. | ) | INDICTMENT; and ORDER |
| | ) | |
| | ) | DATE: March 5, 2010 |
| OMAR SANDOVAL | ) | Time 11:00 AM |
| | ) | Court: EFB |
| | ) | |
| Defendant | ) | |
| | ) | |

　　　　Pursuant to Federal Rules of Criminal Procedure, Rule 10(b)and 43(c)(3), I Omar Sandoval, defendant herein hereby waive the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause.

　　　　I acknowledge and understand that I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-numbered superseding indictment. I further understand that, absent the present waiver, I must appear before this Court as directed.

　　　　I affirm that I have received a copy of the Superseding Indictment, that I waive a formal reading of the Superseding

-1-

Indictment in open court, and I hereby enter a plea of not guilty and demand a jury trial.

I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for trial any day and hour the court may fix in my absence.

I further acknowledged that I have been informed of my rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorize my attorney to set times and delays under that Act without my being present.

DATED March 1, 2010            /S/ OMAR SANDOVAL
                               Original on file with attorney
                               Omar Sandoval
                               7000 Sabriano
                               Alta Loma CA, 91701

**ORDER (Proposed)**

The Defendant's Waiver of Appearance at Arraignment on the Superseding Indictment is accepted.

DATED: March 1, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-