**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Omar Sandoval

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. Cr.S 08-93 KJM/CKD |
| ) | |
| Plaintiff ) | APPLICATION FOR |
| ) | TRANSPORTATION ORDER |
| v ) | (PER DIEM ONLY) |
| ) | 18 U.S.C. §4285 |
| OMAR SANDOVAL ) | |
| ) | |
| Defendant ) | |

Defendant Omar Sandoval, by and through his counsel Michael Bigelow, hereby applies to the Court for an Order of subsistence allowance. Mr. Sandoval is indigent and has been appointed counsel. Mr. Sandoval is a government witness in the trial presently scheduled to begin the first week of May and is presently scheduled to meet with the government on April 25, 2013, prior to trial, at the government's request. Mr. Sandoval will arrive in Sacramento on April 24th and depart on April 26th. Mr. Sandoval will drive his personal vehicle but requests

-1-

lodging and other subsistence to enable him to attend his scheduled meeting with the government and prepare for trial.

In the interests of justice the Court is requested to direct the United States Marshal to furnish Omar Sandoval with an amount of money for subsistence and lodging expenses, not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. Section 4285 pursuant to 18 U.S.C. Section 4285.

DATED: April 22, 2013

/s/Michael B. Bigelow
MICHAEL B. BIGELOW

**ORDER**

GOOD CAUSE APPEARING, AND IN THE INTEREST OF JUSTICE ITS IS ORDERED THAT The United States Marshal for the Eastern District of California is authorized and directed to furnish the above named indigent defendant, Omar Sandoval, for Mr. Sandoval's meeting with the government at the government's request in preparation for trial to begin on May, 2013 with subsistence and lodging not to exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. section 5702(a) for the dates of April 24th 25th, and 26th 2013.

DATED: April 22, 2013          /s/ Carolyn K. Delaney
                               Hon. Carolyn K. Delaney
                               Magistrate Judge