**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Omar Sandoval

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-08-93 KJM - EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | CONDITION OF PRE-TRIAL RELEASE |
| vs. ) | |
| ) | |
| ) | |
| OMAR SANDOVAL, ) | |
| ) | |
| ) | |
| Defendant ) | |

By this Court's previous order the above named defendant was released on pre-trial conditions. For the reasons stated below, it is hereby stipulated and agreed between the parties, defendant Omar Sandoval, thorough his counsel, Michael B. Bigelow and the United States through its counsel, Michael Anderson, that the conditions of pretrial release be modified as set forth below. This stipulation has been discussed with Pre-Trial Services Officer, Beth Wettland, Supervisory U.S. Pretrial Services Officer, and she concurs.

-1-

Mr. Sandoval Omar Sandoval has been subject to Pretrial Services supervision since April of 2008. Since that time, he has remained in compliance and has never submitted a positive drug test. Accordingly, it is agreed that Mr. Sandoval's drug testing (condition number 12) be removed.

All other conditions of release would remain in full force and effect.

**IT IS SO STIPULATED**

DATED: January 21, 2014
/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney *for* Defendant Sandoval

DATED: January 21, 2014
/S/ MICHAEL ANDERSON
Michael Anderson
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  January 21, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE